207-17 West 25th St. Co., Inc., Landlord, Respondent, *v.* Blu-Strike Safety Razor Blade Co., Inc., Tenant, Appellant.

Supreme Court, Appellate Term, First Department, June 28, 1948.

*Manuel Tancer* and *Jesse H. Barkin* for appellant.

*Morton G. Rosenberg* and *Abraham G. Levin* for respondent.

*Per Curiam.* Summary proceedings are not available for breach of the covenant pleaded (*Parkton Estates, Inc.,* v. *Metcalf,* 72 N. Y. S. 2d 324; *89–09 Sutphin Corp.* v. *Scarinzi,* 187 Misc. 536).

The final order should be reversed, with $30 costs, and petition dismissed, with costs, without prejudice to a new proceeding.

CHURCH and HECHT, JJ., concur; HOFSTADTER, J., dissents.

Final order reversed, etc.